Núm. 1017.—CENTRAL CAMBALACHE, recurrente, *v.* REGISTRADOR. recurrido.—▨ Julio 23, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, el penúltimo párrafo de la opinión emitida para fundar la resolución por virtud de la cual se declaró con lugar el recurso, dice: "En su alegato el registrador dice que la práctica general seguida en todos los registros de la isla sostiene su interpretación de la ley pero no está claro si su dicho se refiere al caso de fincas radicadas no sólo en municipios distintos si que también en registros diferentes. No conocemos en verdad con exactitud cuál sea la práctica. Hemos llegado a la conclusión que estimamos justa y procedente y de acuerdo con ella decidiremos el recurso, pero si el registrador se considera tan firme en su posición que crea que la justicia exige que nuestra decisión sea otra, puede pedir reconsideración robusteciendo sus argumentos y explicando mejor y más detalladamente la práctica invocada"; y

---

[4] Corregida la opinión original. Véase ante pág. 402.

Por cuanto, en la moción del registrador que en efecto presentara solicitando la reconsideración, nada se explica en relación con la práctica seguida en los otros registros de la propiedad de la isla, ni en realidad se expone argumento nuevo alguno que nos haga variar de criterio:

Por tanto, se declara sin lugar la reconsideración solicitada.